**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ian M. BOWENS, a.k.a. New Man, Defendant-Appellant.**

**No. 16-10228 Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(March 17, 2017)

Lindsay Feinberg, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff-Appellee

Barry Debrow, Jr., Federal Public Defender's Office, Columbus, GA, Christina Lee Hunt, Martin J. Vogelbaum, Federal Public Defender's Office, Macon, GA, for Defendant-Appellant

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Ian Bowens in this direct criminal appeal,

has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel 's motion to withdraw is **GRANTED,** and Bowens's convictions and sentences are **AFFIRMED.**